**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:97CR51 |
| | § | |
| NANCY THETFORD | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the report of the United States Magistrate Judge pursuant to its order.

Since the issuance of the report of the United States Magistrate Judge, Defendant has waived her right to file written objections to the report and her right to allocute before this court. *See* Dkt. 59. Defendant having waived allocution before this court as well as her right to object to the report of the Magistrate Judge, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court. It is therefore **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months, to run concurrently with the eight (8) months term of imprisonment in Cause Number 4:97cr49 and consecutively to the ten (10)

months term of imprisonment in Cause Number 4:00cr12 and the twenty four (24) months term of imprisonment in Cause Number 4:02cr101, with no supervised release to follow.

Defendant is further **ORDERED** to pay outstanding restitution in the combined amount for this matter and Cause Number 4:97cr49 of $1,146.087.73, as set forth in this court's prior judgment, in addition to any restitution outstanding in other matters.

The court further recommends that Defendant's term of imprisonment be served in Fort Worth at the Bureau of Prisons' Carswell institution.

**IT IS SO ORDERED.**

**SIGNED this the 15th day of July, 2009.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE